UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATACHA NOBILE,

                      Plaintiff,

-against-

PRINCESS KATE WINDSOR,

                      Defendant.

23-CV-10997 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 29, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 16, 2024
            New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge